**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 02-6909**

—————

BERNARD ENGRAM,

                                    Petitioner - Appellant,

        versus

STEVEN J. GAL, Warden,

                                    Respondent - Appellee.

—————

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Terry L. Wooten, District Judge. (CA-
01-4309-3)

—————

Submitted:  October 24, 2002        Decided:  October 30, 2002

—————

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Bernard Engram, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bernard Engram, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Engram v. Gal</u>, No. CA-01-4309-3 (D.S.C. May 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2